**CUDAHY PACKING COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD.**

No. 12084.

Circuit Court of Appeals, Eighth Circuit.

Dec. 17, 1941.

Thomas Creigh, of Chicago, Ill., and L. J. Tierney and Kennedy, Holland, De Lacy & Svoboda, all of Omaha, Neb., for petitioner.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced as modified, and petitioner and its officers ordered to cease and desist from doing certain things and to take certain affirmative action, etc., on consent of counsel for respective parties.

**William E. DEXTER, Appellant, v. Fred J. LAUCHLI, Trustee of the Southern Motor Company, Bankrupt.**

No. 12179.

Circuit Court of Appeals, Eighth Circuit.

Dec. 9, 1941.

Tom R. R. Ely, of St. Louis, Mo., for appellant.

Harry S. Gleick, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, but without taxation of attorney's docket fee in favor of appellee, pursuant to stipulation.

**FONG POY et al., Petitioners, v. FEDERAL TRADE COMMISSION, Respondent.**

No. 9865.

Circuit Court of Appeals, Ninth Circuit.

Dec. 8, 1941.

Elliott Johnson, of Oakland, Cal., for petitioners.

W. T. Kelley, Chief Counsel, Federal Trade Commission, of Washington, D. C., for respondent.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

The default of petitioners in depositing the estimated expense of printing the transcript of record herein having been noted, and petitioners having indicated by letter that the petition to review herein has been abandoned, it is ordered, pursuant to provisions of 15 U.S.C.A. § 45(c), that a decree of this Court be filed and entered herein affirming the order of the Federal Trade Commission, and commanding obedience to the terms of such order of said Commission.